RECEIVED
JUN 16 2025
BY MAIL

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
## Eastern DIVISION

*(Write the full name of the plaintiff in this action. Include prisoner registration number.)*

Jared Williams #1178282

v.

Trevor Foley
David Vandergriff
Daniel Frances
Jennifer Currie
Missouri probation and Parole Staff
Mike Kehoe
Mike Parson
Heather Cofer

*(Write the full name of each defendant. The caption must include the names of **all** of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)*

Case No: _____
*(to be assigned by Clerk of District Court)*

Plaintiff Requests Trial by Jury
✓ Yes ___ No

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff should not send exhibits, affidavits, witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepayment of fees and costs.*

I. **The Parties to this Complaint**

A. **The Plaintiff**

Name: Jared Williams

Other names you have used: N/A

Prisoner Registration Number: #1178282

Current Institution: Potosi Correctional Center

Indicate your prisoner status:

- [ ] Pretrial detainee
- [x] Convicted and sentenced state prisoner
- [ ] Civilly committed detainee
- [ ] Convicted and sentenced federal prisoner
- [ ] Immigration detainee
- [ ] Other (explain): _____

B. **The Defendant(s)**

To the best of your knowledge, give the information below for each defendant named in the caption of this complaint. Make sure the defendant(s) named below are the same as those listed in the caption of this complaint. Attach additional pages if necessary.

For an individual defendant, include the person's job title, and check whether you are suing the individual in his or her individual capacity, official capacity, or both.

**Defendant 1**

Name: Trevor Foley

Job or Title: Director of Missouri prisons

Badge/Shield Number: N/A

Employer: Department of Corrections

Address: 2729 Plaza Drive, P.O Box 236, Jefferson City MO 65102

[x] Individual Capacity   [x] Official Capacity

For Defendants

**Defendant 3**
Name: Daniel Frances
Job or Title: Deputy Warden of Potosi Correctional Center
Badge or Shield number: N/A
Employer: Department of Corrections
Address: 2729 Plaza Drive, P.O Box 236, Jefferson City MO 65102

✓ Individual Capacity   ✓ Official Capacity

**Defendant 4**
Name: Jennifer Currie
Job or Title: Assistant Warden of Potosi Correctional Center
Badge or Shield number: N/A
Employer: Department of Corrections
Address: 11593 State Highway O, Mineralpoint MO 63660

✓ Individual Capacity   ✓ Official Capacity

**Defendant 5**
NAME: Probation and Parole board Staff
Job or Title: Parole hearings
Badge or Shield number: N/A
Employer: Department of Corrections
Address: 2729 Plaza Drive, P.O Box 236, Jefferson City MO 65102

✓ Individual Capacity   ✓ Official Capacity

**Defendant 6**
NAME: Mike Kehoe
Job or Title: Current Governor of Missouri
Badge or Shield: N/A
Employer: State of Missouri
Address: 2729 Plaza Drive, P.O Box 236, Jefferson City MO, 65102

✓ Individual Capacity   ✓ Official Capacity

This is the Attachment For page 2 For Defendants

## Defendant 7
NAME: Mike Parson
Job or Title: Previous Governor of Missouri
Badge or Shield: N/A
Employer: State of Missouri
Address: 2729 Plaza Drive, P.O Box 236, Jefferson City MO 65102

✓ Individual Capacity    ✓ Official Capacity

## Defendant 8
Name: Heather Cofer
Job or title: Current Warden of Potosi Correctional Center
Employer: Missouri D.O.C
Address: 2729 Plaza Drive, P.O Box 236, Jefferson City MO 65102

✓ Invidividual capacity    ✓ Official Capacity

**Defendant 2**

Name: David Vandergriff

Job or Title: Warden at Potosi Correctional center

Badge/Shield Number: N/A

Employer: Department of Corrections

Address: 2729 Plaza Drive, P.O Box 236, Jefferson City MO 65102

✓ Individual Capacity      ✓ Official Capacity

## II. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

3

① The Constitutional rights was designed for every state of America to be treated the same. I'm asking the Courts to please lower the 85% rule an inmate must serve on his sentence to 66% or lower for a violate or dangerous felon.

② Before Jan 1, 2025 multiple states with same cases and high crime rates had to serve 66% or lower for dangerous felons while Missouri has to serve 85% or more for same cases.

③ To many people incarcerated in Missouri prisons for too long with lengthy sentences for dangerous felony cases are serving 85% or more and is not given a chance to rehabilitate to the free world.

④ Prison reform has only changed for non-violate offenders to receive multiple chances for freedom but yet the recidivism rate for non violate offenders is high meaning they have a more higher chance to re-offend.

⑤ Prisoners serving 85% or more with a long lengthy sentence and has served 15 years or more has a less chance to re-offend dropping the recidivism rate for dangerous felons.

⑥ I predict 97% of offenders (dangerous felons) if were given a second chance we would be rehabilitated after serving 15 years or more would not re-offend, lowering the mass incarceration rate.

⑦ It must be brought to light that the Probation & Parole Board staff are not legally above the Courts and most definitely they are not above the Great Successful Judges of Missouri. Probation and Parole staff are abusing their authority by making offenders go well over their 85% while the Judges court files says inmates are to serve 85% for dangerous felons.

⑧ If an inmate has not caught a new charge and has not been prosecuted the probation & parole staff should not have the power to make inmates go over their percentage an inmate must serve if they have not caught a charge while incarcerated.

⑨ Dangerous felons earns multiple of certificates and even earns their diploma but it goes unnoticed to the parole board and no good time is credited. So were does rehabilitation start if our efforts are unnoticed to the Parole Board staff.

### III. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I suffer from mental illness issues as well as inmates serving excessive sentences, some inmates suffer from suicides, PTSD and Behavioral disorders. Old people require more healthcare than younger ones such as hospice needs for terminal illnesses. Communication with our children, family and friends are limited or no interaction at all.

④

Case: 4:25-cv-00891-JAR   Doc. #: 1   Filed: 06/16/25   Page: 7 of 14 PageID #: 7

This page is an Attachment for

## II. Statement of Claim

for pages 3 and 4 of the 1983 complaint form

10) I'm asking the courts to also please allow prisoners thats serving life without parole to be given a chance. Once an inmate reaches 54 years of age with life without and has served 19 years to be granted parole. I believe people of such age has a less chance of re-offending.

11) Life without should be given a number sentence and serve 60% up to 66% with life super-vision.

12) Example; If life sentences is 30 then Life without should be 33 years with life super vision when offender is release from prison.

13) The Warden David Vandergriff failed to assist lowering the 85% an inmate must serve like the other states that dropped their 85% for dangerous felons with 20 years and more.

14) David Vandergriff failed to stop the staff over the parole board from violating inmates constitutional Rights and abusing their authority by playing games of gamble with inmates freedom.

15) David Vandergriff failed to enforce goodtime credit is given for certificates earned by dangerous felons.

16) David Vandergriff failed to enforce a number sentence to inmates serving life without to help reduce the mass incarceration

17) Director of Missouri prisons, Trevor Foley Failed to monitor the staff thats running the parole Board as they are committing wrongful acts violating prisoners constitutional rights, by allowing them to make prisoners go over their 85%

18) Trevor Foley failed to assist previous Governor Mike Parson to Lower the cruel and unusual punishment of serving 85% while the mass incarceration rate rises due to prisoners with lengthy sentences with 85% and prisoners serving life without

19) Trevor Foley failed to follow the 1st, 8th and 14 Amendment like the 23 plus states that dropped their 85% an inmate must serve to a less harsh percentage to be served for dangerous felons offense with Armed Criminal Action

20) Jennifer Currie the Assistant Warden of Potosi Prison and Daniel Frances Deputy Warden Both failed to notify the Warden and the Director of Missouri prisons about the Parole Board abusing their authority by making inmates go over their 85% while the inmates havn't been charged nor prosecuted for a new case while incarcerated.

This page is an Attachment
II. Statement of Claim
For pages 3 and 4 of the 1983 complaint form

21) I pray the Courts will look into this serious matter with good faith as I challenge this prison issue.

22) I come forth with the strength from God on the behalf of all Missouri prisoners and myself to bring light into the current issue that raises concerns about our 1st, 8th and 14th Amendment that has been violated.

23) Previous Governor Mike Parson and current Governor Mike Kehoe both failed to sign the bills to reduce the 85% violating our 14th Amendment right because other states does not serve 85% for dangerous felons. U.S Constitutional Rights is for all states to be treated equally.

24) Mike Parson and Mike Kehoe failed to reduce mass incarceration by reducing the 85% to 66% or less (like most other states, for inmates (dangerous felons) with lengthy sentences.

25) Heather Cofer is now the active warden of Potosi Correctional Center and will replace the acts of past Warden David Vandergriff.

## IV. Relief

State briefly and precisely what you want the Court to do for you. Do not make legal arguments. Do not cite any cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to recover those damages. I'm asking the Courts to Urge the Current Governor to sign the Bill to reduce the 85% an inmate must serve as a dangerous Felon to 66% or less. I'm asking that Life Without sentences is given a number sentence of 33 years with 66% or less to be served. I'm asking for $100,000,000 in compensatory and punitive relief damages. For many years, us as prisoners has suffered the cruelty of being treated unfairly by Missouri Department of Corrections. Our rights has been depleted and Overlooked by the Courts.

## V. Exhaustion of Administrative Remedies/Administrative Procedures

The Prison Litigation Reform Act ("PLRA") 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

    A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

        [✓] Yes        [ ] No

If yes, name the jail, prison or other correctional facility where you were confined at the time of the events giving rise to your claim(s):

Potosi Correctional Center

    B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

        [✓] Yes    [ ] No    [ ] Do not know

    C.    If yes, does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims?

        [ ] Yes    [✓] No    [ ] Do not know

5

If yes, which claim(s)? N/A

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes   ☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes   ☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

N/A

2. What did you claim in your grievance? (*Attach a copy of your grievance, if available*) I claimed my (our) 1st, 8th, and 14th Amendment has been violated due to 85% being a harsh percentage to serve on lengthy sentences and should be reduced to 66% or less like other states of the U.S to serve for dangerous felons and life without sentences should be given a number sentence, IRR (grievance) is attached

3. What was the result, if any? (*Attach a copy of any written response to your grievance, if available*) No result
Grievance response attached please note the grievance response is front and back so please be sure to copy both sides

6

## VI. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. To the best of your knowledge, have you ever had a case dismissed on the basis of this "three strikes rule"?

☐ Yes   ☑ No

If yes, state which court dismissed your case and when it was dismissed. Attach a copy of the court's order, if possible.   N/A

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes   ☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (*If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.*)

1. Parties to the previous lawsuit

   Plaintiff ___N/A___

   Defendant(s) _____

2. Court (*if federal court, name the district; if state court, name the state and county*)

3. Docket or case number ___N/A___

4. Name of Judge assigned to your case _____

8

5.  Approximate date of filing lawsuit ___N/A___

6.  Is the case still pending?

    ☐ Yes

    ☐ No (*If no, give the approximate date of disposition*):_____

7.  What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

    N/A

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

    ☑ Yes     ☐ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1.  Parties to the previous lawsuit

    Plaintiff __Jared Williams__

    Defendant(s) __St. Louis City Justice Center__

2.  Court (*if federal court, name the district; if state court, name the state and county*)
    __St. Louis City or Down Town St. Louis__

3.  Docket or case number ___N/A___   can't remember

4.  Name of Judge assigned to your case ___N/A___ can't remember

5.  Approximate date of filing lawsuit ___N/A___ can't remember

9

6. Is the case still pending?

   ☐ Yes

   ☑ No (*If no, give the approximate date of disposition*):_____

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

   Judgment entered in my favor

## VII. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 8th day of June, 2025.

Signature of Plaintiff   Jared Williams